626

■ 185 LEXINGTON HOLDING CORP. v. AARON HOLMAN, as Trustee under the Will of W. FORBES MORGAN, Deceased.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ HOHENBERG CO., INC. v. IWAI NEW YORK, INC.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ HOHENBERG CO., INC. v. IWAI NEW YORK, INC.— Motion for stay granted in all respects and the plaintiff-respondent and its attorney is hereby stayed from taking proceedings under and pursuant to the judgment of affirmance entered January 27, 1960, until the final refusal of leave to appeal to the Court of Appeals, or in the event that leave is granted until the determination of the appeal in the Court of Appeals. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ PARKSIDE DEVELOPMENT COMPANY, INC. v. LINNEA McGEE.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ FORDHAM UNIVERSITY v. WALTER N. SMITH et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ 770-8 AVENUE CORP. v. BESSIE PROPER.— Application granted and the stay contained in the order to show cause, dated February 2, 1960, is continued, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 14, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before March 29, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ BRUCE ROBINSON v. MARIE GRANT (Formerly Known as MARIE C. ROBINSON).— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ JUAN ONOFRE v. CITY OF NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEONARD LIGHTBURN.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ NOVELLA PEARSON v. CURTIS PEARSON.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of PAUL CREIGHTON against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York.— Motion to dismiss proceeding denied with leave to renew if the petitioner does not bring this proceeding on for argument at the May 1960 Term of this court. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of PAUL CREIGHTON against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York.— Motion to prosecute the proceeding as a poor person granted and the proceeding is directed to be heard upon the original record and upon typewritten or mimeorgraphed petitioner's points on condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points on the Corporation Counsel and files 6 typewritten or 19 mimeographed copies thereof, together with the original record,